IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Love, Keenan E

Printed: 9/3/08

Case Number: 08 B 05318
Judge: Goldgar, A. Benjamin
Filed: 3/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 22, 2008
Confirmed: April 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,538.50 | 0.00 |
| 2. | Cavalry Portfolio Services | Unsecured | 74.61 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 971.68 | 0.00 |
| 4. | Michael Kuzel | Unsecured |  | No Claim Filed |
| 5. | Hearthstone Realty | Unsecured |  | No Claim Filed |
| 6. | LaSalle National Bank | Unsecured |  | No Claim Filed |
| 7. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 8. | West Suburban Healthcare | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,584.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

